**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **V.** | ) CR. NO. 07-00281-CG |
| | ) |
| **RICHARD BROOKS NELSON,** | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter came on for a hearing on September 4, 2008, regarding defendant's pro se motion to substitute counsel, at which the defendant and appointed counsel, Richard E. Shields, were present. The defendant stated his reasons, after which Richard Shields stated his position. Mr. Shields requested to be allowed to withdraw because of the grievance that the defendant is filing against him.

Upon due consideration of the matters presented and for the reasons as set forth on the record, the defendant's motion to relieve his counsel is **DENIED,** as Mr. Shields has effectively represented his client. However, Mr. Shield's motion to withdraw is **GRANTED.**

The above-named defendant having filed a Financial Affidavit (Doc. 5) under oath and having satisfied this court that he: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that CJA counsel, W. Gregory Hughes, is hereby appointed to represent the defendant for purposes of sentencing through appeal.

**DONE and ORDERED** this 4th day of September, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE