# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **RICHARD NELSON,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 07-00281-CG-N |
| ) | CIVIL ACTION NO. 17-0391-CG-N |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

## **JUDGMENT**

In accordance with the Order entered this date dismissing Petitioner Richard Nelson's 28 U.S.C. § 2255 motion, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent United States of America and against Petitioner Nelson, and that Nelson is not entitled to issuance of a certificate of appealability or to proceed in forma pauperis on appeal.

**DONE and ORDERED** this 9th day of January, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE